IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | Criminal No. RDB-19-386 |
| | : | |
| | : | |
| ANDRE CHRISTOPHER BROWN | : | |

_____

**DECLARATION OF DEVIN PRATER**

I, Devin Prater, affirm under oath that the following is true to the best of my knowledge and belief:

1. I am an Assistant Federal Public Defender at the Office of the Federal Public Defender for the District of Maryland.  I am counsel for Mr. Brown the above-captioned case.

2. Mr. Brown is currently held at the Baltimore County Detention Facility in Towson, Maryland.

3. Mr. Brown intends to move forward with a re-arraignment in his matter.

4. Mr. Brown has indicated that he wishes to proceed with a remote hearing.

5. I have discussed with Mr. Brown the issue of waiving his physical presence in the courtroom.  After being advised of his right to not have the hearing proceed without his physical presence in the courtroom, Mr. Brown informed me that he is willing to waive his presence in the courtroom.

Respectfully submitted,

_____/s/_____

DEVIN A. PRATER (#810494)
Assistant Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: 410-962-3962
Fax: 410-962-0872
Email:  Devin_Prater@fd.org