IN THE UNITED STATES COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| | : | **Case No: RDB-19-0386** |
| v. | : | |
| | : | |
| **ANDRE BROWN,** | : | |
| | : | |
| Defendant | : | |

## MOTION TO SEAL

Andre Brown, by counsel, hereby moves to seal his sentencing letter in this case.

Disclosure of the letter contains personal and confidential information.

WHEREFORE, Mr. Brown requests that his sentencing letter be placed under seal.

Respectfully submitted,

JAMES WYDA
Federal Public Defender for the
District of Maryland

_____/s/_____
DEVIN PRATER (#810494)
Assistant Federal Public Defender
100 South Charles Street
Tower II- 9th Floor
Baltimore, Maryland 21201
Tel: (410) 962-3962
Fax: (410) 962-0872
Email: devin_prater@fd.org